**Place of Offense:**

City _____Hagåtña_____          **Related Case Information:**

Country/Parish ____N/A_____          Superseding Indictment _____ Docket Number **05 - 00062**
                                          Same Defendant _____        New Defendant ___X_____
                                          Search Warrant Case Number _____
                                          R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__    Matter to be sealed: _____ Yes __X__ No

Defendant Name       ___Sha Lin_____

Allisas Name         _____

Address              _____
                     _____

**RECEIVED**
**AUG 2 4 2005**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

Birth date __XX/XX/1982__ SS# _N/A_ Sex _F_ Race _A_ Nationality _Republic of China_

**U.S. Attorney Information:**

AUSA __Jeffrey J. Strand____

**Interpreter:** ____ No _X_ Yes          List language and/or dialect: _Mandarin Chinese_

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: _____1_____      ____ Petty ____ Misdemeanor __X__ Felony

| **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|
| Set  1 18 U.S.C. § 1543 | FALSE USE OF A PASSPORT | 1 |
| Set  2 _____ | _____ | ___ |
| Set  3 _____ | _____ | ___ |
| Set  4 _____ | _____ | ___ |

(Continued on reverse)

Date: _____    Signature of AUSA: _____

| | |
|---|---|
| 1 | SLin.Ind |
| 2 | LEONARDO M. RAPADAS |
| | United States Attorney |
| 3 | JEFFREY J. STRAND |
| 4 | Assistant U.S. Attorney |
| | Suite 500, Sirena Plaza |
| 5 | 108 Hernan Cortes Avenue |
| | Hagatna, Guam 96910 |
| 6 | PHONE: (671) 472-7332 |
| 7 | FAX: (671) 472-7334 |

FILED
DISTRICT COURT OF GUAM
AUG 24 2005
MARY L.M. MORAN
CLERK OF COURT

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00062 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **INDICTMENT** |
| | ) | FALSE USE OF PASSPORT |
| | ) | [18 U.S.C. § 1543] |
| SHA LIN, | ) | |
| Defendant. | ) | |

THE GRAND JURY CHARGES:

On about August 8, 2005, in the District of Guam and elsewhere, the defendant herein, SHA LIN, did willfully and knowingly use and attempt to use a false passport in an attempt to enter the United States, by presenting to a U.S. Customs and Border Inspector a Portugal passport, number

//
//
//
//

R145674, in the name of SHA LIN, and defendant knowing said passport was false, altered and did not belong to her in violation of Title 18, United States Code, Section 1543.

Dated this 24th day of August, 2005.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: JEFFREY J. STRAND
Assistant U.S. Attorney

Approved:

RUSSELL C. STODDARD
First Assistant U.S. Attorney