# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

U.S. MARSHALS RECEIVED
24 AUG 2005 14 00 01

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**SHA LIN** | **WARRANT FOR ARREST**<br>Case Number: CR-05-00062 |

**FILED**
DISTRICT COURT OF GUAM
AUG 26 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**SHA LIN**_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with  (brief description of offense)

**False Use of Passport**

in violation of Title ____18____ United States Code, Section(s) ____1543____

| | |
|---|---|
| **VIRGINIA T. KILGORE**<br>Name of Issuing Officer | *(signature)*<br>Signature of Issuing Officer |
| **DEPUTY CLERK**<br>Title of Issuing Officer | **AUGUST 24 2005, HAGATNA, GUAM**<br>Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

DOC, Women's Facility, Mangilao, GU

| DATE RECEIVED<br>8/25/2005 | NAME AND TITLE OF ARRESTING OFFICER<br>TIMOTHY CONWAY<br>S/A | SIGNATURE OF ARRESTING OFFICER<br>*(signature)* |
|---|---|---|
| DATE OF ARREST<br>8/25/2005 | | |

Case 1:05-cr-00062  Document 2  Filed 08/26/2005  Page 1 of 1