**FILED**
DISTRICT COURT OF GUAM

AUG 2 6 2005 *p*

**MARY L.M. MORAN**
**CLERK OF COURT**

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. **05-00062** |
| Plaintiff, | |
| vs. | O R D E R |
| **SHA LIN,** | |
| Defendant. | |

IT IS HEREBY ORDERED that **WILLIAM GAVRAS** is appointed to represent the defendant in the above-entitled case.

Dated this 26th day of August, 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM