# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Sha Lin, <br><br> Defendant. | Case No. 1:05-cr-00062 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *CJA-20 Appointment Order, Trial Order and Order of Detention filed August 26, 2005,* on the dates indicated below:

*U.S. Attorney's Office*  *William Gavras*  *U.S. Probation Office*  *U.S. Marshal Service*
*August 29, 2005*  *August 29, 2005*  *August 29, 2005*  *August 29, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*CJA-20 Appointment Order, Trial Order and Order of Detention filed August 26, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 30, 2005                                    /s/ Marilyn B. Alcon
                                                                          Deputy Clerk