William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

**Attorneys for Defendant**
**SHA LIN**



**FILED**
DISTRICT COURT OF GUAM
OCT 14 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00062 |
| Plaintiff, | |
| vs. | MOTION WITH INTENT TO ENTER GUILTY PLEA |
| SHA LIN, | |
| Defendant. | |

COMES NOW Defendant, by and through counsel, and hereby moves the Court to set a motion hearing to allow Defendant to enter into a guilty plea. A Plea Agreement has and will not be entered into in this matter.

WHEREFORE Defendant requests that this Honorable Court grant her request to enter a guilty plea and set a hearing for such entry.

Respectfully Submitted,

LAW OFFICES OF GORMAN & GAVRAS

Dated: October 14, 2005.    By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Defendant
SHA LIN

## CERTIFICATE OF SERVICE

I certify that I will cause to be served upon the Office of the United States Attorney, a true and correct copy of this document on or before October 17, 2005.

LAW OFFICES OF GORMAN & GAVRAS

Dated: October 14, 2005.          By.: _____
                                   WILLIAM L. GAVRAS, ESQ.
                                   Attorneys for Defendant
                                   SHA LIN