William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Defendant
SHA LIN

FILED
DISTRICT COURT OF GUAM
OCT 17 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00062 |
| Plaintiff, | |
| vs. | |
| SHA LIN, | ORDER |
| Defendant. | |

IT IS HEREBY ORDERED that Defendant's Motion with Intent to Enter Guilty Plea be granted. Said change of plea shall be heard Thursday, October 20, 2005 at 9:45 a.m.

Date: October 17, 2005

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

ORIGINAL