```
                IN THE DISTRICT COURT OF GUAM
                     TERRITORY OF GUAM
                      CRIMINAL MINUTES
```



**FILED**
DISTRICT COURT OF GUAM
OCT 20 2005
**MARY L.M. MORAN**
**CLERK OF COURT**

CASE NO. CR-05-00062          DATE: October 20, 2005

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge          Law Clerk: Judith Hattori
Court Reporter: Wanda M. Miles                              Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 11:40:20 - 12:02:33        CSO: J. McDonald

**APPEARANCES**

DEFT: __SHA LIN__                                           ATTY: __WILLIAM GAVRAS__
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.               ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: JEFF STRAND                                  AGENT: TIM CONWAY, DEPT. OF HOMELAND SECURITY

U.S. PROBATION: JUDY OCAMPO                                 U.S. MARSHAL: G. PEREZ

INTERPRETER: __FOO MEE CHUN CLINARD__                       LANGUAGE: __CHINESE__

PROCEEDINGS:     CHANGE OF PLEA

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: __20__  SCHOOL COMPLETED: __1 YEAR SENIOR HIGH__
( ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( X ) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
      OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVED READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: __FALSE USE OF PASSPORT__
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: __NO WRITTEN PLEA AGREEMENT__  PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: __FEBRUARY 7, 2006 at 10:30 A.M.__
( X ) PRESENTENCE REPORT ORDERED AND DUE TO PARTIES: __12/13/2005__   DUE TO THE COURT: __01/20/2006__

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( X )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:

<u>Defendant consented to enter her plea of guilty before a U.S. Magistrate Judge. Defendant entered a</u>
<u>straight up guilty plea, no written plea agreement was filed.</u>

<u>The Court executed the Report and Recommendation Concerning Plea of Guilty.</u>

                                                                    Courtroom Deputy: ____