ORIGINAL

FILED
DISTRICT COURT OF GUAM
NOV 16 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff.<br><br>vs.<br><br>SHA LIN,<br><br>        Defendant. | CRIMINAL CASE NO. 05-00062<br><br>**ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to an Indictment charging her with False Use of a Passport, in violation of 18 U.S.C. § 1543, is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing on February 27, 2006 at 10:30 a.m.

IT IS SO ORDERED.

DATED this 16 day of November 2005.

_____
ROBERT CLIVE JONES[1]
District Judge

---

[1] The Honorable Robert Clive Jones, United States District Judge for the District of Nevada, sitting by designation.