FILED
DISTRICT COURT OF GUAM
DEC -5 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>**SHA LIN**,<br><br>    Defendant. | CRIMINAL CASE NO. **05-00062**<br><br>**O R D E R** |

On October 20, 2005 the Defendant consented to enter his guilty plea before U.S. Magistrate Judge Joaquin V.E. Manibusan, Jr. At the hearing Judge Manibusan set sentencing for February 7, 2006 at 10:30 A.M. On November 16, 2005, Judge Robert Clive Jones signed an Order accepting defendant's guilty plea. In the November 16th Order the Court inadvertently set sentencing in this matter for February 27, 2006 at 10:30 A.M. To clarify the record, all parties shall appear for sentencing on February 7, 2006 at 10:30 A.M. All other deadlines previously set by the Court shall remain in effect.

**SO ORDERED** this  5th  day of December, 2005.

                _____
                **D. LOWELL JENSEN**[*]
                **District Judge**

---

[*] The Honorable D. Lowell Jensen, United States Senior District Judge for the Northern District of California, sitting by designation.