# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>    vs.<br><br>Sha Lin,<br><br>    Defendant. | Case No. 1:05-cr-00062<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order filed December 5, 2005*, on the dates indicated below:

| *U.S. Attorney's Office* | *William Gavras* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *December 6, 2005* | *December 6, 2005* | *December 6, 2005* | *December 6, 2005* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Order filed December 5, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 6, 2005                              /s/ Marilyn B. Alcon
                                                                        Deputy Clerk