DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING


**FILED**
DISTRICT COURT OF GUAM
FEB -7 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00062**                                    **DATE: February 7, 2006**

HON. LARRY ALAN BURNS, Designated Judge        Law Clerk: None Present
Court Reporter: Wanda Miles                              Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 10:24:15 - 10:34:00      CSO: J. McDonald / J. Lizama

* * * * * * * * * * * * * * * * * * * * * * A P P E A R A N C E S * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT:** **SHA LIN**                                     **ATTY :** **WILLIAM GAVRAS**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.          ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: JEFF STRAND                               AGENT:

U.S. PROBATION: STEVE GUILLIOT                           U.S. MARSHAL: C. MARQUEZ / W. GRAY

INTERPRETER: FOO MEE CHUN CLINARD                        LANGUAGE: CHINESE

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
    Base offense level: 8        Total offense level: 6        Criminal History Category: I

    **NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE**

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Adopted the Presentence Report and recommended a sentence of time served.

( X ) COUNSEL ADDRESSED THE COURT AND REPRESENTED THE DEFENDANT'S REMORSE FOR HER
      ACTIONS

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:
Joined in the recommendation of the probation officer.

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT


NOTES/OTHER MATTERS:

| SENTENCE: CR-05-00062 | DEFENDANT: SHA LIN |
|---|---|

( X ) DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF TIME SERVED.

( X ) UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF 36 MONTHS.

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL NOT VIOLATE ANY FEDERAL, STATE AND LOCAL LAWS.

2. DEFENDANT SHALL BE TURNED OVER TO A DULY AUTHORIZED IMMIGRATION OFFICIAL FOR DEPORTATION PROCEEDINGS PURSUANT TO 18 U.S.C. §3583(d), AND WITH THE ESTABLISHED PROCEDURES PROVIDED BY THE IMMIGRATION AND NATURALIZATION ACT UNDER 8 U.S.C. §1101. AS A FURTHER CONDITION OF SUPERVISED RELEASE, IF ORDERED DEPORTED, THE DEFENDANT SHALL REMAIN OUTSIDE AND SHALL NOT RE-ENTER THE UNITED STATES WITHOUT THE PERMISSION OF THE SECRETARY, DEPARTMENT OF HOMELAND SECURITY. IF DEPORTATION FAILS TO OCCUR AND THE DEFENDANT IS RELEASED FROM CONFINEMENT PENDING FURTHER IMMIGRATION PROCEEDINGS, SHE SHALL IMMEDIATELY REPORT TO THE U.S. PROBATION OFFICE TO BEGIN HER TERM OF SUPERVISED RELEASE.

3. DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

4. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. PROBATION OFFICE.

5. DEFENDANT SHALL NOT POSSESS A FIREARM OR OTHER DANGEROUS WEAPON.

6. DEFENDANT SHALL NOT USE OR POSSESS ILLEGAL CONTROLLED SUBSTANCES AND SHALL SUBMIT TO ONE URINALYSIS TEST WITHIN 15 DAYS AFTER SENTENCING AND, TO TWO MORE URINALYSIS TESTS WITHIN 60 DAYS THEREAFTER.

7. DEFENDANT SHALL PERFORM 100 HOURS OF COMMUNITY SERVICE UNDER THE DIRECTION OF THE U.S. PROBATION OFFICE.

ALL FINES WERE WAIVED BY THE COURT. DEFENDANT WAS ORDERED TO PAY A SPECIAL ASSESSMENT FEE OF $100.00 TO BE PAID WITHIN SIX MONTHS OF HER RELEASE FROM THE IMMIGRATION AND NATURALIZATION SERVICE.

COURT STATED THE JUSTIFICATION OF THE SENTENCE IMPOSED. DEFENDANT WAS ADVISED OF HER APPEAL RIGHTS. DEFENDANT WAS RELEASED TO THE CUSTODY OF THE U.S. MARSHALS SERVICE FOR PROCESSING.

Courtroom Deputy: